AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Michael Brillon <br> *Petitioner* <br><br> v. <br><br> Stoval <br> *Respondent* <br> (name of warden or authorized person having custody of petitioner) | ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. _____ <br> *(Supplied by Clerk of Court)* <br><br> APR 24 2023 PM 1:54 <br> FILED-USDC-CT-HARTFORD |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Michael Brillon
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: FCi Danbury
   (b) Address: FCi 33½ pembroke Station Danbury CT 06811

   (c) Your identification number: 90917-509

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Burlington VT
      (b) Docket number of criminal case: 522-CR-2
      (c) Date of sentencing: Nov 4 2022
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: 9226

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition: **FSA Credits**

   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☑ Other (explain): **FSA Cares Act**

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: **BOP\ FSa**

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): **FSa**

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes        ☑ No

   (a) If "Yes," provide:

      (1) Name of the authority, agency, or court: _____

      (2) Date of filing: _____

      (3) Docket number, case number, or opinion number: _____

      (4) Result: _____

      (5) Date of result: _____

      (6) Issues raised: _____

MR M. Brillon  
FCI Danbury  
33½ Pembroke Road  
Danbury  
CT 06811

Office of the Clerk  
United States District Court  
450 Main Street  
Hartford  
CT 06103

19th April 2023

Dear Sirs,

Please find enclosed a petition for a writ of Habeas Corpus under 28 USCS 2241.

Please excuse that this letter and writ has been submitted in handwritten form and not typed, but FCI Danbury has not had any typewriter ribbons for several months, and this writ is time sensitive given I am close to the end of my sentence. Please be advised the filing fee will be sent seperately by Mrs Michelle Brillon-Tobin. Due to photocopier restrictions and limited copies granted, please could you send a copy to the Warden please.

Yours Sincerely

Michael Brellon

MR M Brillon.

## INFORMATION AND INSTRUCTIONS FOR FILING
## A PETITION FOR A WRIT OF HABEAS CORPUS
## UNDER 28 U.S.C. § 2241 (PERSONS IN FEDERAL CUSTODY)

Attached are the forms you will need to file a petition for a writ of habeas corpus. You must pay the full filing fee or complete the attached motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Further instructions for completing these forms are provided below.

### The Filing Fee and 28 U.S.C. § 1915

Prisoners seeking leave to proceed under 28 U.S.C. § 1915 must comply with the following procedures. A prisoner is any person incarcerated or detained in any facility.

1. The petition for a writ of habeas corpus must be accompanied by the full $5.00 filing fee. If you want to commence an action without prepayment of fees or security therefor, you must file a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Under § 1915, you also must submit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the habeas corpus petition. The certified copy of the trust fund account statement (or institutional equivalent) must be obtained from the appropriate official of each penal institution at which you are or were confined during the six-month period. The court cannot consider the merits of the claims asserted in any habeas corpus petition filed without either the $5.00 filing fee or a properly completed motion and certified copy of your trust fund account statement (or institutional equivalent) as required by § 1915.

2. The motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 must be typewritten or legibly handwritten. All questions must be answered clearly and concisely in the appropriate space on the form. You must sign the motion. You should exercise care to assure that all answers are true, correct and complete.

3. If the Court denies your motion to proceed in forma pauperis, you will be notified of this decision and given thirty days to submit the $5.00 filing fee. If you do not pay the filing after you have been ordered to do so, your habeas corpus petition will be dismissed without prejudice.

### The Habeas Corpus Petition

1. The habeas corpus petition must be typewritten or legibly handwritten. All questions must be answered clearly and concisely in the [1]appropriate space on the form. You must sign the petition and the declaration under penalty of perjury. You are cautioned that any deliberately false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You should exercise care to assure that all

---

Revised 3/6/12

answers are true, correct and complete.

2. You must provide the court with an original and a copy of the habeas corpus petition to be served on each named respondent. You should keep an additional copy of the petition for your own records. All copies of the petition must be identical to the original.

3. On a single habeas corpus petition, you may challenge the judgment of only one court. If you seek to challenge several judgments entered by different courts in different cases, you must file separate petitions as to each judgment.

4. When your habeas corpus petition is completed, it should be mailed with the necessary copies and filing fee or motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 to the Clerk's Office of the United States District Court at one of the following address:

| Office of the Clerk | Office of the Clerk | Office of the Clerk |
|---|---|---|
| United States District Court | United States District Court | United States District Court |
| 915 Lafayette Boulevard | 450 Main Street | 141 Church Street |
| Bridgeport CT 06604 | Hartford, CT 06103 | New Haven, CT 06510 |

5. You must furnish the court with an original of all motions, pleadings, correspondence or other documentation submitted to the court for filing and consideration. In addition, you must furnish the respondent(s) or his or her attorney with a copy of all such documents submitted to the court. Each original document (except the original habeas corpus petition) must include a certificate stating the date a copy of the document was mailed to the respondent(s) or his or her attorney and the address to which it was mailed. Any document received which fails to include a certificate of service may be disregarded by the court or returned. An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to Michael Brillor (respondent(s) or counsel for respondent(s)) at Danbury (address) on _____, 2023

_Michael Bullor_ 4/19/23
Original Signature of Petitioner

6. The United States District Judges, the United States Magistrate Judges, the clerk of the court, deputy clerks and staff attorneys are officers of the court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes           ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes           ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes           ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

   Does this case concern immigration proceedings?

   ☐ Yes          ☐ No

   If "Yes," provide:

   (a) Date you were taken into immigration custody: _____
   (b) Date of the removal or reinstatement order: _____
   (c) Did you file an appeal with the Board of Immigration Appeals?

   ☐ Yes          ☐ No

   If "Yes," provide:
   (1) Date of filing: _____
   (2) Case number: _____
   (3) Result: _____
   (4) Date of result: _____
   (5) Issues raised: _____

   (d) Did you appeal the decision to the United States Court of Appeals?

   ☐ Yes          ☐ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Date of filing: _____
   (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_(section crossed out)_

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** As Listed

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND TWO:** _____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND THREE:** _____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: oRder TNe BoP TO APPLX FSa) ReLease PLaiNTiFF

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/19/23

Michael Brellor Sr.

*Signature of Petitioner*

_____

*Signature of Attorney or other authorized person, if any*