UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MICHAEL BRILLON,** : | |
| : | |
| Petitioner, : | CASE NO. 3:23-cv-521 (AWT) |
| : | |
| v. : | |
| : | |
| : | |
| **STOVAL**, : | |
| **(** *Warden* **STOVER)***,* : | |
| : | |
| Respondent. : | |

## **JUDGMENT**

This action came on for consideration of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 by the petitioner who was sentenced in the District of Vermont to a twenty-one-month term of imprisonment, followed by a two-year term of supervised release based on his plea of guilty to the charge of being a felon in possession of a firearm in violation of 18 U.S.C. § § 922(g)(1) and 924(a)(2), before the Honorable Alvin W. Thompson, United States District Judge.

The petitioner filed the habeas petition seeking application of First Step Act (FSA) earned time credits because his release date was rapidly approaching.

The Court having considered the full record of the case including applicable principles of law, and having reviewed documentation from counsel of the respondent, which was summarized in their response to the Show Cause Order, the Court determined that the petitioner has received all of the FSA earned time credits to which he is entitled.  For this reason and the reasons stated in the Court's order entered on May 30, 2023, the Court dismissed the petition and directed the Clerk to close this case.  It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered dismissing the petition for writ of habeas corpus, and the case is closed.

Dated at Hartford, Connecticut, this 1st day of June, 2023.

                    DINAH MILTON KINNEY, Clerk

                      By <u>  /s/  Linda S. Ferguson</u>
                          Linda S. Ferguson
                          Deputy Clerk

EOD: 6/1/2023